STATE OF IOWA, Appellee, v. F. W. SPIKER, Appellant.

**Forgery:** ADMISSIONS OF DEFENDANT. On a prosecution for forgery in raising a check, the admission of defendant that he " put on a little " was competent.

*Appeal from Cass District Court.*— HON. N. W. MACY,
Judge.

TUESDAY, JULY 10, 1906.

INDICTMENT for forgery. Verdict and judgment of
guilty, and defendant appeals.— *Affirmed.*

*Follett & Curtis,* for appellant.

*Charles W. Mullan,* Attorney-General, and *Lawrence De
Graff,* Assistant Attorney-General, for the State.

DEEMER, J.— Defendant is charged with having altered
a check, which was given him by one Herstein, from " Six
and 90/100 " to " Sixteen and 90/100 Dollars." There
was testimony tending to show such alteration, although de-
fendant denied it; and the verdict has ample support in the
evidence. To review the testimony is not our custom, and
there is no reason for departing from that rule in this in-
stance. The trial court, over defendant's objection, ad-
mitted the testimony of one Scharf, to the effect that he
(defendant) admitted that he had " put on a little " on the
check. The ruling was manifestly correct.

No error appears, and the judgment is *affirmed.*